IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEE PUTNAM, #155 060, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:13cv-833-WHA |
| ) | |
| LARRY K. ANDERSON, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice.

DONE this 19th day of March, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE